2022-03229

**F**

Section 14

**JURY**

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS

STATE OF LOUISIANA

CIVIL NO. 2022 – 03229          DIVISION F-14

DIV. F

**PEGGY FOX**

**VERSUS**

**WALMART INC, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

FILED: _____          _____

DEPUTY CLERK

## PETITION FOR DAMAGES

NOW COMES, through undersigned counsel, Petitioner PEGGY FOX, a person of full age of majority, resident of Orleans Parish, State of Louisiana, who respectfully represents:

1.

Made defendants herein are:

a.  **WALMART, INC.,** a foreign/domestic business authorized, admitted and doing business in the State of Louisiana.

b.  **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,** foreign/domestic insurance company, authorized, admitted and doing business in the State of Louisiana.

2.

Venue is proper in Orleans Parish, as the incident in question took place in New Orleans, State of Louisiana.

3.

Jurisdiction is proper in this court as the amount of the controversy exceeds the jurisdiction limits.

4.

Defendants are jointly and *in solido* liable unto Petitioner for such damages as are reasonable in these premises, including past, present and future physical pain and suffering; past, present and future mental pain and suffering; past, present and future permanent disability; medical

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed

1

VERIFIED

Jovan Gibson

2022 APR 13   A 09:14

2022-03229

**FILED**

2022 APR 12 P 04:09

CIVIL

DISTRICT COURT

**F**

**Section 14**

expenses and loss of wages; together with legal interest thereon from date of judicial demand

until paid, and for costs of these proceedings, for the following, to wit:

5.

On or about April 16, 2021, Petitioner Peggy Fox was a patron at Walmart Store No. 1163 located on 4001 Behrman Place, New Orleans, Louisiana 70114 and entering through the front vestibule in the location of the shopping carts, when she slipped and fell onto a wet floor. Walmart Associate, Ciera Small was witnessed the incident.

6.

Upon information and belief, the area of this incident was not identified as a danger or a hazard. The area was of such nature that, Petitioner could not protect herself from it and as a result was not negligent in slipping in that area as she did.

7.

The sole and proximate cause of the above referenced incident was the negligence and fault of the defendant, WALMART INC. which is attributed to by not limited to the following non-exclusive particulars:

a. Failure to properly maintain a safe environment; within its care, custody, and control;

b. Failure to warn customers of unsafe conditions;

c. Failure to properly identify and mark the area as a danger or hazard to the customers;

d. Any and all other acts of negligence which may be proven at the trial of this matter.

8.

WALMART INC. owes a duty to the Petitioner to use its premises, to exercise reasonable care to keep passageways and floors in a reasonably safe condition, including a reasonable effort to keep area free of any hazardous conditions which might give rise to damage.

9.

It was raining, WALMART INC. had actual or constructive notice that water would accumulate on the floor, where customers were entering the premises.

10.

WALMART INC. failed to exercise reasonable care by failing to have a warning or clean up in the vicinity of where the accident happened.

11.

A TRUE COPY

According to the weather forecast for April 13-17, 2021, it had been raining everyday in

2

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed



2022-03229

**F**
Section 14 New Orleans.

FILED
2022 APR 12  P 04:09
CIVIL
DISTRICT COURT

**12.**

As a result of the above referenced accident and negligence of defendant, WALMART

INC., petitioner Peggy Fox suffered severe and disabling injuries such as:

1. Right knee
2. Left shoulder
3. Left arm
4. Both hands

and is entitled to recover such damages as are reasonable in this premises.

**13.**

Upon information and belief, it is alleged that at all times relevant material hereto
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, provided a
liability insurance on the property owned and operated by WALMART INC, on the date of the
incident, which said policy provided coverage for the types of loss sued upon herein, thus rendering
said defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA
liable unto petitioner with the other named defendants.

**14.**

Petitioner prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Petitioner prays:

1. That defendants be duly cited and served with a copy of this petition and, after all due
   proceedings are held, there be a judgment in favor of petitioner and against the defendants,
   **WALMART INC, NATIONAL UNION FIRE INSURANCE COMPANY OF**
   **PITTSBURG, PA,** jointly and *in solido* in amounts as are reasonable in the premises,
   including past, present and future physical pain and suffering; past, present and future mental
   pain and suffering; past, present and future permanent disability; and medical expenses and
   loss of wages, together with legal interest thereon from date of judicial demand, until paid,
   and for all costs of these proceedings.

2. Petitioners further pray for all general and equitable relief.

3. Petitioners further prays for a trial by jury.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3



2022-03229

# F
## Section 14

FILED

2022 APR 12  P 04:09

CIVIL
DISTRICT COURT

Respectfully Submitted,

*/s/ Celeste Brustowicz*
Celeste Brustowicz (LSBA #16835)
**COOPER LAW FIRM, LLC**
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-291-1352
cbrustowicz@clfnola.com

**AND**

JUAN LAFONTA & ASSOCIATES
Juan A. Lafonta (#27541)
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
jlafonta@lafontalaw.com

*Attorneys for the Petitioner*

Please serve

**WALMART INC**
Through its registered Agent
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA**
Through its Registered Agent
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

4

E-Filed

**F**

Section 14

FILED

2022 APR 12  P 04:09

CIVIL

CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS  DISTRICT COURT

STATE OF LOUISIANA

CIVIL NO.                                                    DIVISION

PEGGY FOX

VERSUS

WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

FILED:_____                    _____

                                                                    DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

Pursuant to Articles 1571, 1913 and 1914 of the Louisiana Code of Civil Procedure, the

undersigned counsel for the Petitioner Peggy Fox, hereby request written notice of all trial rule

and/or hearing dates, dates of argument, signing of any final judgement or rendition of any

interlocutory order or judgement in the above entitled and number cause.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Respectfully Submitted,

*/s/ Celeste Brustowicz*
Celeste Brustowicz (LSBA #16835)
**COOPER LAW FIRM, LLC**
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-291-1352
cbrustowicz@clfnola.com

AND

JUAN LAFONTA & ASSOCIATES
Juan A. Lafonta (#27541)
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
jlafonta@lafontalaw.com

*Attorneys for the Petitioner*

E-Filed

**FILED**

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS**

**STATE OF LOUISIANA**

CIVIL NO.                                                    DIVISION

**PEGGY FOX**

**VERSUS**

**WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

FILED:_____                    _____

                                                                        **DEPUTY CLERK**

**JURY ORDER**

Let there be a trial by jury upon applicant for jury trial depositing in the registry of the

court the sum of $ ~~TBD~~ for each day the court estimates the trial will last, the said deposit to

be made on or before the date of trial, prior to the commencement of trial.

_DENIED_

⚹ Attorney Signature Bar not Signed. ~~cbb~~

New Orleans, Louisiana, this 26th day of April         2022

_[signature]_

Jennifer M. Medley

Judge, Division "F"

Civil District Court

Parish of Orleans, State of Louisiana

**A TRUE COPY**

_[signature]_

DEPUTY CLERK CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LA

Respectfully Submitted,

_____

Celeste Brustowicz (LSBA #16835)

**COOPER LAW FIRM, LLC**

1525 Religious Street

New Orleans, LA 70130

Telephone: 504-399-0009

Facsimile: 504-291-1352

cbrustowicz@clfnola.com

AND

JUAN LAFONTA & ASSOCIATES

Juan A. Lafonta (#27541)

6305 Elysian Fields Ave, Ste. 207

New Orleans, LA 70122

Telephone: (504) 288-4911

Facsimile: (504) 283-3303

jlafonta@lafontalaw.com

_Attorneys for the Petitioner_

VERIFIED

C. FAVAROTH

5-4-2022

E-Filed

**F**

Section 14

CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS

STATE OF LOUISIANA

CIVIL NO.                                           DIVISION

PEGGY FOX

VERSUS

WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

FILED:_____                _____
                                              DEPUTY CLERK

## REQUEST FOR ADMISSION

TO:   WALMART INC
      Through its registered Agent
      C T Corporation System
      3867 Plaza Tower Drive
      Baton Rouge, LA 70816

      NATIONAL UNION FIRE INSURANCE
      COMPANY OF PITTSBURGH, PA
      Through its Registered Agent
      Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, LA 70809

**REQUEST NO. 1:**

Please admit or deny that WALMART INC owned and/ or leased Walmart Store No. 1163

located on 4001 Behrman Place, New Orleans, Louisiana 70114 .

**REQUEST NO. 2:**

Please admit or deny that WALMART INC owned and or leased Walmart Store No. 1163

located on 4001 Behrman Place, New Orleans, Louisiana 70114, on April 16, 2021, the date of the

incident, which is subject to this litigation.

**REQUEST NO. 3:**

Please admit or deny that WALMART INC, is responsible for the maintenance and upkeep

of Walmart Store No. 1163 located on 4001 Behrman Place, New Orleans, Louisiana 70114.

**REQUEST NO. 4:**

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed

**F**

**Section 14**

FILED

2022 APR 12  P 04:09

CIVIL
DISTRICT COURT

Please admit or deny that Petitioner, Peggy Fox was a customer of Walmart Store No. 1163

located on 4001 Behrman Place, New Orleans, Louisiana 70114, owned and operated by

WALMART INC on April 16, 2021, the date of the incident, which is subject to this litigation.

## REQUEST NO. 5:

Please admit or deny that on that April 16, 2021 there was water in shopping

cart vestibule at the front entrance of Walmart Store No. 1163, and was not identified

as a danger or hazard.

## REQUEST NO. 6:

Please admit Peggy Fox slipped and fell into water in shopping cart vestibule at the front

entrance of Walmart Store No. 1163 on April 16, 2021

## REQUEST NO. 7:

Please admit Peggy Fox was injured as a result of this slip and fall subject to this litigation.

## REQUEST NO. 8:

Please admit Peggy Fox did not contribute to this slip and fall subject to this litigation.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Respectfully Submitted,

*/s/ Celeste Brustowicz*
Celeste Brustowicz (LSBA #16835)
**COOPER LAW FIRM, LLC**
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-291-1352
cbrustowicz@clfnola.com

### AND

JUAN LAFONTA & ASSOCIATES
Juan A. Lafonta (#27541)
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
jlafonta@lafontalaw.com

*Attorneys for the Petitioner*

E-Filed

2022-03229

**F**

Section 14

CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS

STATE OF LOUISIANA

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

CIVIL NO.                                        DIVISION

PEGGY FOX

VERSUS

WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

FILED:_____          _____

                                                       **DEPUTY CLERK**

## INTERROGATORIES

TO:   **WALMART INC**
      Through its registered Agent
      C T Corporation System
      3867 Plaza Tower Drive
      Baton Rouge, LA 70816

      **NATIONAL UNION FIRE INSURANCE**
      **COMPANY OF PITTSBURGH, PA**
      Through its Registered Agent
      Louisiana Secretary of State
      8585 Archives Avenue

On authority of Article 1451, et seq. of the Louisiana Code of Civil Procedure, the Plaintiff,

Peggy Fox, propounds the following Interrogatories to be answered by WALMART INC, and

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA completely, in

writing and under oath, within the delays allowed by law:

## DEFINITIONS

As used herein:

A.    "You" and "your" refers to the defendant and any other person acting or purporting

to act on their behalf, including attorneys, investigators, agents, or employees.

B.    "Person" includes natural persons and associations, corporations, firms, joint

ventures, partnerships, proprietorships, and any other legal entity or business or non-business

enterprise or organization.

C.    "Document" means any written material, photographs, copies of original materials,

forms, invoices, machine-readable information, or any other tangible item containing information.

9

E-Filed

2022-03229

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

**F**

**Section 14**
D.    "Subject Incident" mean the incident that occurred on April 16, 2021, referred to in the Petition for Damages.

E.    The terms "identity" or "identify" or "identification":

a.    When used in reference to an individual, shall mean to state the person's full name, present or last known residential address, present or last known occupation and title, the person's present or last known employer, and the person's present or last known business address and telephone number;

b.    When used in reference to a corporation or business entity, shall mean to state its full name, state, and date of incorporation or formation, its principal place of business, and its present or last known address; and

c.    When used in reference to a document, shall mean to state the type of document, its date, author or person who prepared it, addressee, title, present location, name and address of its custodian, and the nature, substance, and subject matter of the document with sufficient particularity to enable it to be readily identified, and state whether the document will be made available to plaintiff for inspection and copying.

## Instructions

1. As used herein, all terms shall have the fullest and broadest meaning accorded to those terms and shall have the meaning generally ascribed to such terms in common parlance,

2. The use of the singular form of any word includes the plural and vice versa. The masculine includes the feminine and neutral genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense

3. All answers are to be made separately and fully and fully and an incomplete or evasive answer is a failure to answer. Where an interrogatory asks for an answer in more than one part, separate the parts in Defendants' answer accordingly so that each part is clearly set out and understandable.

4. Where Defendants' knowledge or information in its possession is requested, such request includes knowledge or information in possession of Defendants' representatives, employees, agents, independent contractors, insurers, and unless privileged, Defendants' attorneys.

5. If you have only incomplete knowledge of the answer to an interrogatory, please answer to the extent of Defendants' knowledge and state specifically what part or area of the

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed

10

FILED

2022 APR 12  P 04:09

CIVIL
DISTRICT COURT

**F**

**Section 14** interrogatory you have only incomplete knowledge of and identify the person (s) who does

or might have additionally knowledge or information to complete the answer.

6. The interrogatories shall be continuing in nature so as to require supplemental responses that becomes known or that come into Defendants' possession, custody, or control at any time before final judgement in this action.

7. If you contend that any responsive data is not reasonably accessible because of undue burden or cost, you must advise us of your position and explain specifically what data is being withheld any why.

8. If you consider any of these interrogatories ambiguous or unduly burdensome in any way, inform the undersigned, in writing, of the perceived ambiguity or basis of your belief that the request is ambiguous or burdensome. If appropriate, counsel for Plaintiffs may modify or rephrase the interrogatory in a reply letter to further clarify, in appropriate. Any such reply letter may be treated as a modification of the interrogatory.

9. If any responsive information, document, or thing is withheld on the ground that it is privilege or otherwise confidential, that information, document, or thing shall be described with sufficient particularity (including date, author, recipient(s), subject matter, and basis for privilege or confidentiality) to permit a determination as to whether there is demonstrated entitlement to an application for the protection invoked.

10. If any documents to be identified have been destroyed, lost, or otherwise discarded, your answers to that Interrogatory should identify such document(s) as completely as possible and provide the following information with respect to each such document(s):

    a. The last known custodian(s);
    b. The date of disposal;
    c. The method of disposed;
    d. The person authorizing or directing the disposal;
    e. The person disposing of the document(s);
    f. The reason for the disposal;
    g. Whether any copy(ies) of the document(s) exist, including any electronic copies od said document(s) or electronic backup of any information contained in said document(s); and
    h. Whether any documents or other records exist relating to the disposition of said document(s).

11. Unless otherwise specified in a particular interrogatory, the time period covered by each

interrogatory runs from April 16, 2022 to the present.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

11

**F**

Section 14

**INTERROGATORIES**:

## INTERROGATORIES NO. 1:

Please state the name and address and telephone number of all employees who worked in or around the shopping cart vestibule at the front entrance of Walmart Store No 1163 on April 16, 2021, the date of this incident, subject of this litigation.

## INTERROGATORIES NO. 2:

Please state the names, addresses and telephone numbers of all employees assigned to maintenance and/ or custodial work at Walmart Store No. 1163 on the April 16, 2021, the date of the incident subject of this litigation.

## INTERROGATORIES NO. 3:

Please state whether any cameras were recording at Walmart No. 1163 on April 16, 2021. If you answer yes, please state where those cameras were/are located in the facility.

## INTERROGATORIES NO. 4:

Please state the full names, addresses, and telephone numbers of all eyewitnesses to the incident which is subject of this litigation.

## INTERROGATORIES NO. 5:

Please state all the full names, telephone numbers, and last known addresses of any and all persons who have knowledge of any facts or possess any documents pertaining to the incident or occurrence which is the subject of this lawsuit.

## INTERROGATORIES NO. 6:

Please state the names and last known addresses of all persons who you have interviewed and /or from whom you have obtained and oral or written statement, the date of each such statement or interview, and if written, please state who currently has custody of said statement.

## INTERROGATORIES NO. 7:

Please list the policy number and policy limits of any and all insurance policies of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA covering WALMART INC., which owns and operates Walmart Store No. 1163 on April 16, 2021.

## INTERROGATORIES NO. 8:

Please state the name, address, and telephone number of each and every expert witness whom you have consulted and/or contracted with in connection with this litigation, and indicate which experts you do and do not intend to call as a witness at the trial of this litigation.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed

2022-03229

# F

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

### INTERROGATORIES NO. 9:

Section 14

Please state all facts you intend to introduce, the witness you intend to call and the documentary evidence you intend to introduce at trial in order to prove any affirmative defenses.

### INTERROGATORIES NO 10:

Please state each and every act of fault or negligence committed by plaintiff which you contend in any way contributed to the incident giving rise to this lawsuit.

### INTERROGATORIES NO 11:

Please state whether any report, memorandum or document, including any photographs, surveillance video, statements, charts, and maps pertaining to any injury or investigation of the circumstances and facts surrounding the incident complained of in this litigation is presently in your possession, custody, or control or in your lawyer's, agent's, representative's or investigator's possession, custody or control.

### INTERROGATORIES NO 12:

Please state whether any other person has tripped, slipped, or fallen during ingress or egress to or from your business located at located at Walmart Store No. 1163 located on 4001 Behrman Place, New Orleans, Louisiana 70114. If you answer yes, please describe the circumstances of the incident including the date, the details of the incident, whether a claim or litigation resulted from the incident and any action taken by you to prevent a similar incident.

### INTERROGATORIES NO 13:

Please describe any notice or warning of any dangerous condition that is visible to people ingressing and/or egressing to your business.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Respectfully Submitted,

*/s/ Celeste Brustowicz*
Celeste Brustowicz (LSBA #16835)
COOPER LAW FIRM, LLC
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-291-1352
cbrustowicz@clfnola.com

AND

13

2022-03229

# F

## Section 14

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

Juan A. Lafonta (#27541)
JUAN LAFONTA & ASSOCIATES
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
jlafonta@lafontalaw.com

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

14

2022-03229

**F**

Section 14

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS**

**STATE OF LOUISIANA**

CIVIL NO.                                                    DIVISION

### PEGGY FOX

### VERSUS

### WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

FILED:_____              _____

**DEPUTY CLERK**

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  **WALMART INC**
Through its registered Agent
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
Through its Registered Agent
Louisiana Secretary of State
8585 Archives Avenue

On authority of Articles 1461 and 1462 of the Louisiana Code of Civil Procedure comes Plaintiff, Peggy Fox, who propounds the following Requests for Production of Documents to be answered by WALMART INC, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, completely, in writing and under oath, within the delays allowed by law:

### REQUEST FOR PRODUCTION NO. 1:

Any statements by parties and/or witnesses, whether reduced to writing or recorded by magnetic tape, or other audio or visual recording device, pertaining to the accident which is the subject of the above captioned litigation.

### REQUEST FOR PRODUCTION NO. 2:

Please provide the insurance declaration page and insurance policy for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and any

15

2022-03229

Case 2:22-cv-03419-SSV-MBN   Document 1-8   Filed 09/21/22   Page 16 of 29

FILED

2022 APR 12  P 04:09

CIVIL
DISTRICT COURT

**F**

Section 14

coverage pertaining to. WALMART, INC, which was in effect on April 16, 2021 at the time of the accident.

## REQUEST FOR PRODUCTION NO. 3:

Any and all photographs or video of the incident at Walmart Store No. 1163 at the time of incident.

## REQUEST FOR PRODUCTION NO. 4:

Any and all photographs, maps, drawing, sketches, and/or diagrams in your or your attorney's possession or available of the scene of the incident which is the subject of this litigation.

## REQUEST FOR PRODUCTION NO. 5:

Copies of all expert reports issued at the request of you and/or your attorney which are pertinent to the accident which is the subject of the above captioned litigation.

## REQUEST FOR PRODUCTION NO. 6:

Please execute a copy of the enclosed verification.

Plaintiff requests that defendant submit to undersigned counsel written return on this Request for Production of Documents by furnishing pristine photocopies thereof or by forwarding the original to the undersigned for inspection and copying, upon completion of which the documents will be returned to Defendants.

Respectfully Submitted,

*/s/ Celeste Brustowicz*
Celeste Brustowicz (LSBA #16835)
COOPER LAW FIRM, LLC
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-291-1352
cbrustowicz@clfnola.com

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

AND

Juan A. Lafonta (#27541)
JUAN LAFONTA & ASSOCIATES
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
jlafonta@lafontalaw.com

16

2022-03229

**F**

Section 14

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS**

**STATE OF LOUISIANA**

CIVIL NO.                                             DIVISION

**PEGGY FOX**

**VERSUS**

**WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA**

FILED:_____              _____

                                             **DEPUTY CLERK**

**VERIFICATION**

**STATE OF**

**LOUISIANA PARISH**

**OF**_____

Before me, NOTARY PUBLIC, came and appeared:

_____
Duly Authorized Representative
Walmart Inc.

who after being sworn and deposed, did state:

The answers in the responses of Walmart, Inc. to the Interrogatories, Request for

Production of Documents, and Requests for Admissions propounded by Peggy Fox are

true and correct to the best of its knowledge and information.

_____
Duly Authorized Representative
Walmart Inc.

Sworn to and subscribed before me, Notary Public on this _____ day of _____, 2022.

_____

NOTARY PUBLIC

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

17

E-Filed

**F**

Section 14

FILED

2022 APR 12  P 04:09

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH FOR ORLEANS

STATE OF LOUISIANA

CIVIL NO.                                         DIVISION

PEGGY FOX

VERSUS

WALMART INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

FILED:_____          _____

                                        DEPUTY CLERK

## VERIFICATION

STATE OF

LOUISIANA PARISH

OF_____

Before me, NOTARY PUBLIC, came and appeared:

_____
Duly Authorized Representative
National Union Fire Insurance Company
of Pittsburg, PA

who after being sworn and deposed, did state:

The answers in the responses of National Union Fire Insurance Company of

Pittsburgh, PA to the Interrogatories, Request for Production of Documents, and Requests

for Admissions propounded by Peggy Fox are true and correct to the best of its

knowledge and information.

_____
Duly Authorized Representative
National Union Fire Insurance Company
of Pittsburg, PA

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Sworn to and subscribed before me, Notary Public on this _____ day of _____, 2022.

_____

NOTARY PUBLIC

18

E-Filed

ATTORNEY'S NAME:   Coop͏ ͏rty J 27202
AND ADDRESS:        1525 Religious Street , New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-03229                    DIVISION: F                 SECTION: 14
                                  FOX, PEGGY

### Versus

### WALMART, INC ET AL

## CITATION

TO:          NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

             8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages With Discovery

 a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 4, 2022**

**Clerk's Office, Room 402**          CHELSEY RICHARD NAPOLEON, Clerk of
**Civil Courts Building**              The Civil District Court
**421 Loyola Avenue**                  for the Parish of Orleans
**New Orleans, LA 70112**              State of LA .
                                       by
                                       Cederick Favaroth, Deputy Clerk

---

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE                                    DOMICILIARY SERVICE

On this _____ day of _____ served a copy of   On this _____ day of _____ served a copy of
the within                                           the within
**Petition for Damages With Discovery**              **Petition for Damages With Discovery**
ON NATIONAL UNION FIRE INSURANCE COMPANY OF          ON NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA                                       PITTSBURGH, PA
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE                         LOUISIANA SECRETARY OF STATE
              Returned the same day                  by leaving same at the dwelling house, or usual place of abode, in the hands of
_____ No. _____              _____ a person of suitable age and
Deputy Sheriff of _____              discretion residing therein as a member of the domiciliary establishment, whose
Mileage: $ _____                      name and other facts connected with this service I learned by interrogating
              / ENTERED / _____                    HIM/HER the said NATIONAL UNION FIRE INSURANCE COMPANY OF
_____ PAPER _____ RETURN _____                  PITTSBURGH, PA being absent from the domicile at time of said service.
SERIAL NO.    DEPUTY    PARISH                                     Returned the same day
                                                     _____ No. _____
                                                     Deputy Sheriff of _____

I made service on the named party through the

Office of the Secretary of State on

JUN 2 2 2022

by tendering a copy of this document to:
JULIE NESBITT

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA

ID: 10909993                    Page 1 of 2

ATTORNEY'S NAME: Cooper, Barry J 27202
AND ADDRESS: 1525 ___us Street , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-03229

DIVISION: F

SECTION: 14

FOX, PEGGY

Versus

**WALMART, INC ET AL**

### CITATION

TO: Walmart, Inc

THROUGH: ITS REGISTERED AGENT, CT CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
Petition for Damages With Discovery

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA May 4, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

**CHELSEY RICHARD NAPOLEON**, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA.
by _____
Cederick Favaroth, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages With Discovery | Petition for Damages With Discovery |
| ON Walmart, Inc | ON Walmart, Inc |
| THROUGH: ITS REGISTERED AGENT, CT CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT, CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said Walmart, Inc being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER RETURN | Deputy Sheriff of _____ |
| SERIAL NO. DEPUTY PARISH | |

7/13/2022
VERIFIED
_____

I made service on the named party through the

CT Corporation

**JUN 22 2022**

by tendering a copy of this document to
Ashley Minvielle

DY. M. LOCKWOOD #0803
Deputy, Sheriff, Parish of East Baton Rouge, Louisiana

): 10909992

Page 1 of 2



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CIVIL NO.  2022-03229                                    DIVISION "F"

PEGGY FOX

VERSUS

WALMART INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

FILED: _____        _____
                                                    DEPUTY CLERK

**AFFIRMATIVE DEFENSES, ANSWER, AND JURY DEMAND TO
PLAINTIFF'S ORIGINAL PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Defendants, Walmart Inc.,

incorrectly named "Walmart, Inc. d/b/a Sam's Club", and National Union Fire Insurance Company

of Pittsburgh, PA, who for Affirmative Defenses, Answer, and Jury Demand to Plaintiff's Petition

for Damages, state as follows:

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

Plaintiff's original Petition for Damages fails to state a claim and/or cause and/or right of

action upon which relief can be granted.

**SECOND DEFENSE**

The claims asserted herein, in whole or part, are prescribed and/or preempted and/or are

barred by the applicable statute of limitations, and/or by the *Doctrine of Laches*.

**THIRD DEFENSE**

Defendants affirmatively deny that the alleged injuries and/or alleged damages were caused

by any conduct of Defendants, whether by omission, commission, or on the basis of strict liability,

negligence, gross negligence, negligence *per se*, vicarious liability, assault, or otherwise.

**FOURTH DEFENSE**

It is further averred that, in the event it is found that the injury and/or damages claimed herein

are or were the result of (whether in whole and/or in part) pre-existing/unrelated disabilities and/or

injuries and/or illnesses or any aggravation thereof, for which Defendants are and were not

responsible, then, in that event, Defendants aver that they are entitled to a reduction of damages by

reason of such pre-existing illnesses and/or injuries and/or disabilities.

{00863505.DOCX;1}

## FIFTH DEFENSE

Defendants specifically aver the failure to mitigate damages, as a consequence of which any recovery herein is either totally barred and/or, in the alternative, must be reduced. In the further alternative, Defendants aver that the claims for damages herein have not accrued, are purely speculative, uncertain, and contingent.

## SIXTH DEFENSE

Defendants assert that the Plaintiff's injuries, if any, were caused by a pre-existing or post-developing unrelated medical condition, disease, illness, or infection, for which these Defendants are not responsible and for which the Plaintiff was already actively treating.

## SEVENTH DEFENSE

Defendants assert that the injuries alleged to have been sustained by Plaintiff were the result of an intervening or supervening cause.

## EIGHTH DEFENSE

Defendants specifically plead that the conditions alleged herein were caused by the negligent, wanton, careless, or unreasonable conduct of third-parties, over which Defendants exercise no control and for which they are not legally responsible.

## NINTH DEFENSE

Defendants specifically plead herein the defenses available under the Louisiana Merchant Liability Statute, La. R.S. 9:2800.6.

## TENTH DEFENSE

Defendants had no actual or constructive notice of any alleged defect or dangerous condition on the subject premises.

## ELEVENTH DEFENSE

Plaintiff's claims are barred by the fault, carelessness, or negligence of Plaintiff herself, which is the sole and proximate cause of any damage she may have sustained, in the following non-exclusive list of particulars:

A)      In failing to take due care and caution for her own safety;

B)      Failure to see what she should have seen;

C)      Failure to keep a proper lookout;

D)      Failure to exercise proper care and caution;

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E)   In general, in failing to take proper care of her own safety and to avoid hazards which should have been obvious to her or which, by the use of reasonable caution, would have been obvious to her;

F)   Failure to take action to avoid alleged injuries;

G)   Failure to be attentive to her surroundings;

H)   In failing to adhere to the visual warnings and/or verbal warnings provided to her in order to avoid being injured;

I)   Failure to observe an open and obvious condition that existed on the premises; and

J)   Other acts of fault or negligence which may be shown at the trial of this matter.

### TWELFTH DEFENSE

Defendants specifically plead herein the doctrine of comparative fault, as contained in La. Civ. Code art. 2323, and are entitled to a reduction in the amount for which they may be held liable in judgment in accordance with the degree or percentage of fault and/or negligence attributable to plaintiff or to any and all other persons and legal entities.

### THIRTEENTH DEFENSE

Defendants cannot be liable for the alleged damages, if any, that were not proximately caused by any fault of Defendants.

### FOURTEENTH DEFENSE

Alternatively, and only in the event that Plaintiff's negligence is not found to have been the sole and proximate cause of any injury sustained herein, which is specifically denied, then, in that event, Defendants show that any recovery had by Plaintiff herein should be reduced by a percentage of fault applicable to Plaintiff's negligence, which is specifically asserted herein, or that of third parties, and Defendants specifically plead the benefits of La. C.C. Arts. 2323 and 2324.

### FIFTHTEENTH DEFENSE

Defendants plead the Patient Protection and Affordable Care Act of 2010 (sometimes referred to as "Obama Care"), in defense of, as a bar to and/or as a reduction of any damages for past or future medical expenses for which defendants may be held liable to plaintiff, which liability is at all times denied, for reasons including but not limited to:  at all times relevant plaintiff was and continues in the future to be required by law to have health insurance coverage and health

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

insurers cannot deny coverage to plaintiff or charge plaintiff higher premiums for preexisting condition and, as a result, plaintiff has not and cannot sustain a loss arising from or related to medical expenses incurred as a result of the incident that is the subject of this action because she had a legal duty under law, both under the Patient Protection and Affordable Care Act of 2010 and the duty to mitigate, to procure insurance coverage that will pay for such medical expenses.

### SIXTEENTH DEFENSE

Defendants specifically plead herein the defenses available under La. C.C.P. Art. 2315, *et seq.*

### SEVENTHEENTH DEFENSE

Defendants are entitled to a credit and/or setoff for any and all payments which it may have paid to plaintiff and/or on behalf of the plaintiff in the past or in the future.

**AND NOW**, Defendants, Walmart Inc., incorrectly named "Walmart, Inc. d/b/a Sam's Club", and National Union Fire Insurance Company of Pittsburgh, PA, respectfully respond to Plaintiff's Petition for Damages, as follows:

I.

The allegations of Paragraph 1, including sub-paragraphs a. – b., of the original Petition for Damages are denied for lack of sufficient information to justify a belief herein, except to admit that Walmart Inc. is a foreign corporation authorized to do and doing business in the State of Louisiana, and that National Union Fire Insurance Company of Pittsburgh, PA is a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

The allegations of Paragraph 2 of the original Petition for Damages are denied for lack of sufficient information to justify a belief herein.

III.

The allegations of Paragraph 3 of the original Petition for Damage are denied for lack of sufficient information to justify a belief herein.

IV.

The allegations of Paragraph 4 of the original Petition for Damages are denied.

V.

The allegations of Paragraph 5 of the original Petition for Damages are denied for lack of sufficient information to justify a belief herein.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

VI.

The allegations of Paragraph 6 of the original Petition for Damages are denied.

VII.

The allegations of Paragraph 7 of the original Petition for Damages, including sub-parts (a) through (d), are denied.

VIII.

The allegations of Paragraph 8 of the original Petition for Damages are denied.

IX.

The allegations of Paragraph 9 of the original Petition for Damages are denied.

X.

The allegations of Paragraph 10 of the original Petition for Damages are denied.

XI.

The allegations of Paragraph 11 of the original Petition for Damages are denied for lack of sufficient information to justify a belief herein.

XII.

The allegations of Paragraph 12 of the original Petition for Damages, including sub-parts (1) through (4), are denied,

XIII.

The allegations of Paragraph 13 of the original Petition for Damages are denied, except to admit that, if National Union Fire Insurance Company of Pittsburgh, PA issued a liability policy of insurance to defendant, Walmart Inc., then said policy and the contents of same are the best evidence of its limits, terms, conditions, coverages, and exclusions.

XIV.

The allegations of Paragraph 13 of the original Petition for Damages do not require a response from these Defendants.  Defendants also request a trial by jury on all issues.

XV.

The allegations made in the paragraph immediately following Paragraph 14 of the original Petition for Damages starting with "WHEREFORE," and ending with "trial by jury", do not require a response from these Defendants; out of an abundance of caution, these allegations are denied.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

## JURY DEMAND

Defendants, Walmart Inc. and National Union Fire Insurance Company of Pittsburg, PA, request a trial by jury.

**WHEREFORE,** Defendants, Walmart Inc. and National Union Fire Insurance Company of Pittsburg, PA, pray that the Affirmative Defenses, Answer, and Jury Demand to Plaintiff's Petition for Damages, be deemed good and sufficient, and that after all due proceedings had, there be judgment herein, in favor of Defendants, Walmart Inc. and National Union Fire Insurance Company of Pittsburg, PA, and against Plaintiff, dismissing Plaintiff's Petition for Damages, with prejudice, at Plaintiff's costs, and for all other general and equitable relief allowed by law.

Defendants, Walmart Inc. and National Union Fire Insurance Company of Pittsburg, PA, further pray for a trial by jury on all issues herein.

Respectfully submitted,

**COURINGTON, KIEFER, SOMMERS,
MARULLO & MATHERNE, L.L.C.**

**VALERIE THENG MATHERNE (#25898)
JAMES M. MATHERNE (#26155)
COLIN F. LOZES (#35893)**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile: (504) 524-7887
Email:  vmatherne@courington-law.com
       jmatherne@courington-law.com
       clozes@courington-law.com
*Attorneys for Defendants, Walmart Inc. and
National Union Fire Insurance Company of Pittsburg, PA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on all counsel of record on the 22nd day of July 2022, via the method indicated below:

| | | |
|---|---|---|
| ____ | Certified Mail/**Regular Mail** | |
| X | Facsimile | |
| X | E-mail Delivery | |
| ____ | Federal Express/Hand Delivery | |

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**VALERIE THENG MATHERNE (#25898)**



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CIVIL NO.  2022-03229                                      DIVISION "F"

PEGGY FOX

VERSUS

WALMART INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

FILED: _____          _____
                                                    DEPUTY CLERK

### JURY ORDER

In accordance with C.C.P. Art. 1734.l(a) in lieu of the bond required in C.C.P. Art. 1734.1,

in lieu of the bond required in Louisiana Code of Civil Procedure, art. 1734, the movers for the

jury trial shall deposit cash in the amount of _____ Dollars for the first day and

_____ Dollars for each additional day the trial is estimated to last.  The cash

deposit shall be filed with the Clerk of Court no later than sixty (60) days prior to trial.  The receipt

for the deposit shall be presented to the court prior to the commencement of the trial.  If the deposit

is not timely made, any other party shall have an additional ten (10) days to make the required

deposit.  Failure to post the cash deposit shall constitute a waiver of a trial by jury.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
(Sgd.) OMAR K. MASON
Judge, Division "E"

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

APPROVED

_____
DIVISION "F"

VERIFIED
C. FAVAROTH

{00863505.DOCX;1}



**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**CIVIL NO.  2022-03229**                                      **DIVISION "F"**

**PEGGY FOX**

**VERSUS**

**WALMART INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

**FILED:** _____        _____
                                                                   **DEPUTY CLERK**

<u>**REQUEST FOR NOTICE**</u>

**TO:**  Clerk of Court
          Civil District Court
          Parish of Orleans
          421 Loyola Avenue, Room 402
          New Orleans, LA 70112

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give the undersigned counsel written notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or on the merits.

In accordance with Louisiana Code of Civil Procedure Articles 1913 and 1914, you are hereby requested to give immediate written notice of all orders or judgments, whether interlocutory or final, made or rendered in the proceedings upon the rendition thereof, including notice or judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial on the merits.

Respectfully submitted,

**COURINGTON, KIEFER, SOMMERS,**
**MARULLO & MATHERNE, L.L.C.**


**VALERIE THENG MATHERNE (#25898)**
**JAMES M. MATHERNE (#26155)**
**COLIN F. LOZES (#35893)**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone:  (504) 524-5510
Facsimile:  (504) 524-7887
Email:   vmatherne@courington-law.com
            jmatherne@courington-law.com
            clozes@courington-law.com
*Attorneys for Defendants, Walmart Inc. and*
*National Union Fire Insurance Company of Pittsburg, PA*

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

VERIFIED
C. FAVAROTH

{00863534.DOCX;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been

served on all counsel of record on the 22nd day of July 2022, via the method indicated below:

    ___     Certified Mail/**Regular Mail**

    X       Facsimile

    X       E-mail Delivery

    ___     Federal Express/Hand Delivery

_____
**VALERIE THENG MATHERNE**

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA